1 Claire Leary
912 Cole Street, Suite 347
2 San Francisco, California  94117
Telephone:  (415) 225-4640
3 atyleary@aol.com
Counsel for Defendant Rickie Lee Brumfield
4

5
IN THE UNITED STATES DISTRICT COURT
6
FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

8
| UNITED STATES OF AMERICA, | ) | No. CR 12-495 SBA |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Stipulation Continuing |
| vs. | ) | Supervised Release Status Conference |
| | ) | |
| RICKIE LEE BRUMFIELD, | ) | and |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Proposed Order |

15    The undersigned hereby stipulate that the Supervised Release Petition Status Conference

16 currently set for May 22, 2014, be moved to June 12, 2014, at 9:30 am.  Counsel for Mr.

17 Brumfield requests this change because a District Court matter has been set in front of Judge

18 Ilston on the morning of May 22nd.  United States Probation Officer Richard Brown has been

19 notified of this change and  is not opposed to it.

20        It is so stipulated.

21    Dated: May 20, 2014                _____/s/_____
                                          Claire Leary
22                                        Counsel for Defendant Rickie Lee
                                          Brumfield
23

24    Dated: May     , 2014              _____/s/_____
                                          James Mann
25                                        Assistant Untied States Attorney

26

1

1  O R D E R

2  For the foregoing reasons, and upon the request of Counsel for Defendant Ricky Lee
3  Brumfield IT IS HEREBY ORDERED that the supervised release status conference, currently
4  set for May 22, 2014, be moved to June 12, 2014 at 9:30 am.

6  IT IS SO ORDERED.

8  Dated: May 20, 2014                                    _____
                                                          Donna M. Ryu
9                                                         United States Magistrate Judge