```
 1 | MELINDA HAAG (CABN 132612)
   | United States Attorney
 2 |
   | J. DOUGLAS WILSON (DCBN 412811)
 3 | Chief, Criminal Division
 4 | TAI S. MILDER (CABN 267070)
   | Special Assistant United States Attorney
 5 |    1301 Clay St., 3rd Floor
   |    Oakland, California 94612
 6 |    Telephone: (510) 637-3932
   |    Fax: (510) 637-3724
 7 |    E-Mail: tai.milder2@usdoj.gov
 8 | Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-12-00495-8 SBA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | ) | |
| RICKY BRUMFIELD, | ) | |
| Defendant. | ) | |

The defendant, Ricky Brumfield, represented by Claire Leary, Esq., and the government, represented by Tai Milder, Special Assistant United States Attorney, jointly request a continuance in the above-captioned matter.

Mr. Brumfield is currently set for a status conference on August 19, 2014. Richard Brown, the United States Probation Officer assigned to the case, has indicated to the parties that he has become unavailable on August 19, 2014. The parties further understand that Mr. Brown would like additional time to gather information regarding whether or not Mr. Brumfield is taking medication pursuant to a valid prescription.

Consequently, the parties respectfully request that the status conference that is currently set for August 19, 2014, be continued to September 3, 2014, before the Honorable Donna M. Ryu. The United

1  States Probation Office is in accord with this request.

3  DATED: August 18, 2014                              Respectfully submitted,

                                                      MELINDA HAAG
                                                      United States Attorney


                                                      /s/ Tai Milder
                                                      TAI S. MILDER
                                                      Special Assistant United States Attorney


                                                      /s/ Claire Leary*
                                                      CLAIRE M. LEARY
                                                      Attorney for Defendant

13  *Signed with permission.

16                              **[PROPOSED]** ORDER

    For good cause shown, and upon the agreement of the parties, the Court orders that the status conference that is currently set for August 19, 2014 be CONTINUED to September 3, 2014 at 9:30 a.m.

    IT IS SO ORDERED.

20  DATED: 8/18/14

                                                      HON. KANDIS A. WESTMORE
                                                      United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
CR-12-00495-8 SBA

2