Claire Leary
912 Cole Street, Suite 347
San Francisco, California   94117
Telephone:   (415) 225-4640
atyleary@aol.com
Counsel for Defendant Rickie Lee Brumfield

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-495 SBA |
| Plaintiff, | Stipulation Continuing |
| vs. | Supervised Release Status Conference |
| | Currently set for November 12, 2014 |
| RICKIE LEE BRUMFIELD, | |
| | and |
| Defendant. | |
| | ~~Proposed~~ Order |

The undersigned hereby stipulate that the Supervised Release Petition Status Conference currently set for November 12, be moved to December 5, 2014, at 9:30 am.   Counsel for Mr. Brumfield requests this change because a District Court multi-defendant matter has been set in front of Judge Breyer on November 12, 2014. United States Probation Officer Richard Brown has been notified of this change and is not opposed to it.

1

1  It is so stipulated.

2  Dated:   November   7, 2014              _____/s_____

3                                            Claire Leary

4                                            Counsel for Defendant Rickie Brumfield

5

6

7  Dated: November 10, 2014                 _____/s/_____

8                                            Tai Snow Milder

9                                            Special Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25                                            2

26

O R D E R

For the foregoing reasons, and upon the request of Counsel for Defendant Ricky Lee Brumfield IT IS HEREBY ORDERED that the supervised release status conference, currently set for November 12, 2014, be moved to December 5, 2014 at ~~10:00~~ 9:30 am.

IT IS SO ORDERED.

Dated: November 10, 2014

KANDIS A. WESTMORE
United States Magistrate Judge

3