1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  TAI S. MILDER (CABN 267070)
   Special Assistant United States Attorney
5      1301 Clay St., 3rd Floor
       Oakland, California 94612
6      Telephone: (510) 637-3932
       Fax: (510) 637-3724
7      E-Mail: tai.milder2@usdoj.gov

8  Attorneys for the United States

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13 UNITED STATES OF AMERICA,          )   CASE NO. CR-12-00495-8 SBA
                                      )
14      Plaintiff,                    )   **STIPULATION AND [PROPOSED] ORDER
                                      )   TO CONTINUE STATUS CONFERENCE**
15      v.                            )
                                      )
16 RICKY BRUMFIELD,                   )
                                      )
17      Defendant.                    )
                                      )
18 _____    )

19     The defendant, Ricky Brumfield, represented by Claire Leary, Esq., and the government,

20 represented by Tai Milder, Special Assistant United States Attorney, jointly request a continuance in the

21 above-captioned matter.

22     Mr. Brumfield is currently set for a status conference on January 30, 2015. Richard Brown, the

23 United States Probation Officer assigned to the case, has indicated to the parties that he has become

24 unavailable on January 30, 2015 due to a training obligation. Mr. Brown would also like additional time

25 to assess Mr. Brumfield's performance in school during the last semester.

26     Consequently, the parties respectfully request that the status conference that is currently set for

27 January 30, 2015 be continued to February 23, 2015 at 9:30 a.m. for a specially set calendar before the

28

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE STATUS CONFERENCE

Court.  The United States Probation Office is in accord with this request.

DATED:  January 29, 2015                           Respectfully submitted,

                                        MELINDA HAAG
                                        United States Attorney

                                        /s/ Tai Milder
                                        TAI S. MILDER
                                        Special Assistant United States Attorney

                                        /s/ Claire Leary*
                                        CLAIRE M. LEARY
                                        Attorney for Defendant

*Signed with permission.

## [PROPOSED] ORDER

For good cause shown, and upon the agreement of the parties, the Court orders that the status conference that is currently set for January 30, 2015 be CONTINUED to February 23, 2015 at 9:30 a.m.

IT IS SO ORDERED.

DATED:  1/29/15                                           _____
                                                        HON.  KANDIS A. WESTMORE
                                                        United States Magistrate Judge